IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANACOR PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-1699 (RGA) |
| | ) |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Anacor Pharmaceuticals, Inc. hereby voluntarily dismisses, without prejudice, all claims relating to the Complaint filed in the above-captioned matter. Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. have not answered or filed a motion for summary judgment.

OF COUNSEL:

Aaron P. Maurer
David I. Berl
David M. Horniak
Anthony Sheh
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

March 1, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

---
Jack B. Blumenfeld (#1014)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mdellinger@mnat.com

*Attorneys for Plaintiff*
*Anacor Pharmaceuticals, Inc.*

```
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 1, 2019, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu A. Palapura, Esquire<br>Stephanie E. O'Byrne, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants*<br>*Mylan Pharmaceuticals Inc. and Mylan Inc.* | *VIA ELECTRONIC MAIL* |
| T.O. Kong, Esquire<br>Wendy Lynn Devine, Esquire<br>WILSON SONSINI GOODRICH AND ROSATI<br>One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>*Attorneys for Defendants*<br>*Mylan Pharmaceuticals Inc. and Mylan Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*
_____
Megan E. Dellinger (#5739)